UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE WAYNE MILLER,

    Plaintiff,

    v.

CLIFF ALLENBY, et al.,

    Defendants.

Case No. 15-cv-02720-JST (PR)

**ORDER OF TRANSFER**

Plaintiff is a civil detainee at the Coalinga State Hospital ("Coalinga") proceeding pro se. He has filed a complaint under 42 U.S.C. § 1983, complaining about the conditions of his confinement at Coalinga. Defendants are officials of Coalinga and of the California Department of Corrections and Rehabilitation in Sacramento. Both Coalinga and Sacramento lie within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. See 28 U.S.C. § 1391.

Accordingly, and in the interests of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. 1404(a), 1406(a). In light of this transfer, the pending motion to proceed in forma pauperis (dkt. 4) is deferred to the Eastern District.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: July 30, 2015

_____
JON S. TIGAR
United States District Judge