UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLIFF ALLENBY,<br><br>　　　　　Defendant. | 1:15-cv-01207-MJS-(PC)<br><br>ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>(Document# 4) |

　　　　Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　　Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk's Office shall send to plaintiff the attached form for application to proceed in forma pauperis for a **non-prisoner**;

　　　　2.　　Within thirty days of the date of service of this order, plaintiff shall submit the

1

completed and signed application to proceed in forma pauperis for a non-prisoner, or in the alternative, pay the $400.00 filing fee for this action.  Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   August 24, 2015                              /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE